I am a current or former employee of Sterling Mets, L.P., Alpha NY 3, Inc., Alphastaff Group Inc., Queens Ballpark, LLC. and related entities and/or individuals. I hereby consent and agree to be a party Plaintiff in this Action to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. 216(b).

I hereby designate Harrison, Harrison & Associates, to represent me in this Action and I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 29 day of Feb, 2012.

_____
Signature

Francis Bertone
Full Legal Name (print)